# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

2020 ND 149

State of North Dakota,                                      Plaintiff and Appellee

v.

Jody Lynn Kuntz,                                      Defendant and Appellant

No. 20190365

Appeal from the District Court of Dunn County, Southwest Judicial District, the Honorable Dann E. Greenwood, Judge.

AFFIRMED.

Per Curiam.

Stephenie L. Davis, State's Attorney, Manning, ND, for plaintiff and appellee; submitted on brief.

Mark C. Sherer, Dickinson, ND, for defendant and appellant; submitted on brief.

## State v. Kuntz
## No. 20190365

**Per Curiam.**

[¶1]  Jody Lynn Kuntz appealed the district court's order for restitution. Kuntz argued the district court abused its discretion in awarding restitution based upon speculation instead of reasonably certain information. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶2]   Daniel J. Crothers
Jerod E. Tufte
Lisa Fair McEvers
Gerald W. VandeWalle
Jon J. Jensen, C.J.

1